# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CAL HEIDELBERG JR., | : | No. 83 WM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Leave to Appeal *Nunc Pro Tunc* is **DENIED**.